IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10070-JDB |
| ) | |
| CORY HART, ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on August 2, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Cory Hart, appearing in person, and with counsel, A. Joshua Morrow.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, OCTOBER 25, 2017 at 10:15 A.M., before Judge J. Daniel Breen.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 2nd day of August, 2017.

 

 

s/ J. DANIEL BREEN
U. S. DISTRICT COURT JUDGE